**STATE of Missouri, Respondent,**

v.

**Robert E. QUIMBY, Appellant.**

**WD 43509.**

Missouri Court of Appeals, Western District.

April 16, 1991.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 28, 1991.

Application to Transfer Denied July 23, 1991.

Brad B. Baker, Columbia, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

**560**

Before TURNAGE, P.J., and LOWENSTEIN and BRECKENRIDGE, JJ.

## ORDER

PER CURIAM.

Appeal from conviction of burglary in the second degree § 569.170, RSMo 1986, and from a sentence of six years imprisonment.

Affirmed. Rule 30.25(b).